IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-617

RECEIVED JUN - 9 2005

PEGGY S. BROWN

    Plaintiff,

vs.

JO ANNE B. BARNHART
Acting Commissioner of Social
Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL**

For Plaintiff:

Alan M. Agee
Alan M. Agee, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
Phone: (719) 473-1515 Fax: (719) 473-2880

For Defendant:
Tom H. Kraus
Special Assistant United States Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, CO 80294
Phone: (303) 454-0017  Fax (303) 844-0770

Street Address:
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100

1

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A    Date Complaint Was Filed: 4/5/05

    B    Date Complaint Was Served on U.S. Attorney's Office: 4/13/05

    C.    Date Answer and Administrative Record Were Filed: 5/23/05

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issue with the accuracy or completeness of the administrative record except as follows: It has recently come to the attention of Plaintiff's counsel that the attached medical records are not contained in the record which provide additional support for remand.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

See Statement 4 above.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-or-the-ordinary claims.

7. **OTHER MATTERS**

None.

8. **PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: July 15, 2005 (Plaintiff's counsel will be out of town from June 27 through July 6, 2005)

    B.    Defendant's Opening Brief Due:  August 17, 2005

    C.    Plaintiff's Reply Brief (If Any) Due: September 1, 2005

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:   Oral argument is requested by the Plaintiff. Plaintiff did not have legal representation at a hearing before an administrative law judge, and therefore, requests an opportunity for oral argument before this Court.

    B.    Defendant's Statement:   Oral argument not requested.

**CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record and all pro se parties.

**AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this _22_ day of _June_, 2005

                                                      **BY THE COURT:**

                                                      U.S. District Court Judge

APPROVED:

| | |
|---|---|
| **ALAN M. AGEE, P.C.** | **UNITED STATES ATTORNEY** |
| */s/ Alan M. Agee* | */s/ Thomas H. Kraus* |
| Alan M. Agee #18444 | By: Thomas H. Kraus |
| 512 S. 8th Street | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80905 | |
| Phone: (719) 473-1515 | Mailing Address: |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| Attorney for Plaintiff | Phone: (303) 844-0017 |
| | |
| | Street Address: |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Phone: (303) 454-0100 |
| | |
| | Attorney for Defendant |

Please affix counsel's signatures and any pro se party's signatures before submission of the proposed Joint Case Management Plan to the Court.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-617

PEGGY B. BROWN,

          Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,
          Defendant.

---

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff, Peggy S. Brown | 6-8-05 |
| Print Alan M. Agee, Esq. | | |
| [signature] | Defendant, Jo Anne B. Barnhart | 6/9/05 |
| Print Thomas H. Kraus, Esq. | | |

NOTE: Return the original and a copy of this form to the clerk of the court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States magistrate judge. Also attach a captioned proposed order. (See attached).

TOTAL P.01

06/08/2005 22:10 FAX 719 473 2880   Alan M. Agee PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-617

PEGGY B. BROWN,
   Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,
   Defendant.

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

  Pursuant to D.C.COLO.LCivR 72.2 on the _____ day of _____, _____, Magistrate Judge _____ notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

  IT IS ORDERED as follows:

   The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge _____; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

DATED:

## NOTICE OF REASSIGNMENT

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge

             Gregory C. Langham, Clerk

             By _____, Deputy Clerk

)2)