# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 05-cv-00617-CMA

PEGGY S. BROWN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES UNDER 42 U.S.C. SECTION 406(b)(1)(A)

---

    This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fee Under 42 U.S.C. Section 406(b) (Doc. # 22). Having reviewed the motion, case file, Order and Memorandum of Decision, filed on January 19, 2006, and Judgment entered on January 24, 2006, the Court hereby

    ORDERS that the Motion for Award of Attorney's Fee Under 42 U.S.C. Section 406(b) is GRANTED. Pursuant to 42 U.S.C. § 406(b)(1)(A), plaintiff's counsel, Alan M. Agee, is awarded reasonable attorney fees in the amount of $3,175.00.

    DATED: December __11__, 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge